UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | :    Crim. No. 12-2589 (DEA) |
| v. | : |
| ROBERT R. BENNETT | :    **DETENTION ORDER** |

This matter having been opened to the Court on the motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Sarah Wolfe, Assistant United States Attorney, appearing on behalf of the United States), in the presence of Brian Reilly, attorney for the defendant, Robert R. Bennett, for an order pursuant to Title 18, United States Code, Section 3142(e) detaining the defendant because the defendant poses a danger to the community; the Court makes the following findings:

1. On December 3, 2012, a criminal complaint was filed against the defendant charging him with distribution of oxycodone, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) and 18 U.S.C. § 2.

2. The defendant appeared before this Court on December 3, 2012, for an initial appearance and again on December 6, 2012, for a bail hearing.

3. The nature of the charge against the defendant as well as the defendant's history of drug addiction and lack of employment support a finding that the release of the defendant at this time would pose a danger to the community.

4. The defendant reserves the right to request another hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date.

IT IS, therefore, on this 6th day of December, 2012,

ORDERED that the motion of the United States for an order detaining the defendant based on danger to the community is hereby GRANTED, and the defendant is hereby ORDERED DETAINED.  The defendant hereby reserves the right to request another hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or his authorized representative; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge